IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DONNA MCCLUNG**, Individually and as Representative of the Estate of **EDWARD MCCLUNG**, deceased, <br><br> Plaintiff, <br><br> v. <br><br> **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,** <br> Defendant, | CASE NO.: 2:20-CV-00105 <br><br> **JUDGE: MICHAEL WATSON** <br><br> **MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

DONNA MCCLUNG, Individually and as Representative of the Estate of EDWARD MCCLUNG, deceased ("Plaintiff") and BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC ("Defendant") file this Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were asserted by DONNA MCCLUNG, Individually and as Representative of the Estate of EDWARD MCCLUNG, deceased ("Plaintiff") against BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, or which could have been asserted by Defendant against Plaintiff, should be dismissed with prejudice, with costs borne by the party incurring same.

Respectfully,

| | |
|---|---|
| */s/ Omar R. Chawdhary* <br> Jason C. Webster, *pro hac vice* <br> Omar R. Chawdhary, *pro hac vice* <br> 6200 Savoy Drive, Suite 150 <br> Houston, Texas 77036 <br> 713.581.3900 (telephone) <br> 713.581.3907 (facsimile) <br> filing@thewebsterlawfirm.com <br><br> and <br><br> */s/ Kenneth P. Abbarno* <br> Kenneth P. Abbarno (0059791) <br> Justin J. Hawal (0092294) <br> DiCello Levitt Gutzler LLC <br> 7556 Mentor Avenue <br> Mentor, Ohio 44060 <br> P: 440-953-8888 <br> F: 440-953-9138 <br> E: kabbarno@dicellolevitt.com <br>    jhawal@dicellolevitt.com <br><br> *Attorneys for Plaintiff* | /s/ *Elizabeth L. Moyo* <br> Elizabeth L. Moyo (0081051) <br> Trial Attorney <br> Syed Ahmadul Huda (0098633) <br> Sara C. Schiavone (0096657) <br> Porter, Wright, Morris & Arthur LLP <br> 41 South High Street <br> Columbus, Ohio 43215 <br> Telephone: (614) 227-2000 <br> Facsimile: (614) 227-2100 <br> E-Mail:  emoyo@porterwright.com <br><br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I do hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record:

DATE: January 3, 2022.

/s/ *Kenneth P. Abbarno*
Kenneth P. Abbarno